## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATHIEU AND AMI BEAUREGARD,<br>　　　Plaintiffs,<br><br>v.<br><br>TOWN OF OXFORD and ARTHUR ROSSI,<br>d/b/a ROSSI'S CLEANERS,<br>　　　Defendants. | )<br>)<br>)<br>)　CA. NO. 21-40118<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please accept my appearance for the Defendant Town of Oxford in the above captioned matter.

 

                                      DEFENDANT,
                                      BY THEIR ATTORNEY,

                                      /s/ *Courtney E. Mayo*
                                      Courtney E. Mayo, Esquire
                                      BBO # 657790
                                      cmayo@hassettdonnelly.com
                                      Hassett & Donnelly, P.C.
                                      446 Main Street - 12th Floor
                                      Worcester, MA 01608
                                      Phone:  (508) 791-6287

November 22, 2021

## CERTIFICATE OF SERVICE

  I, Courtney E. Mayo, counsel of record for the defendant Town of Oxford in this action, do hereby certify that I have served a copy of the foregoing Notice of Appearance, to all parties, by electronic mail this 23rd day of November 2021 to:

George F. Hailer, Esq.
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
GHailer@lawson-weitzen.com

              /s/ *Courtney E. Mayo*
              Courtney E. Mayo, Esquire